UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| COLLIN TRAMBLE, | ) |
| Petitioner, | ) |
| vs. | ) Case No. 4:12-cv-731 SNLJ-TIA |
| DAVE DORMIRE | ) |
| Respondent. | ) |

### ORDER

This matter is before the Court on the petitioner's motion for a stay and abeyance (#10).  I referred this matter to United States Magistrate Judge Terry I. Adelman, who filed a Report and Recommendation as to petitioner's motion on February 1, 2013 (#13).  Judge Adelman recommended that petitioner's motion be denied.  Petitioner requested and received an extension of time, to March 18, 2013, in which to object.  Despite having filed a motion to issue subpoenae on March 15, 2013, the petitioner has filed no objection to Judge Adelman's Report & Recommendation.  After careful consideration, I will adopt and sustain the reasoning of Judge Adelman and deny petitioner's motion. Accordingly,

**IT IS HEREBY ORDERED** that the report and recommendation of United States Magistrate Judge Terry I. Adelman (#13), filed February 1, 2013, be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that petitioner's motion for a stay and abeyance (#10) is **DENIED**.

Dated this   21st   day of March, 2013.

STEPHEN N. LIMBAUGH, Jr.
UNITED STATES DISTRICT JUDGE